PRISONER CORRESPONDENCE                    3-20-12

12C1708

My name is Boguslaw Matlak, I write this letter to let you know that I change my addres from Stateville intake prison (NRC) to:

LOGAN CORRECTIONAL CENTER
1096 1350TH Street
Lincoln, Illinois. 62656

**FILED**
MAR 27 2012
THOMAS G. BRUTON
CLERK, US DISTRICT COURT

this is my addres now, so pleas send everything on this addres.

Thank you


Boguslaw Matlak
PRISON ID NUMBER # M27057