# Joint Status Report

# Boguslaw Matlak v. Sgt. Currie et. al.
# Case 12-cv-1708

1. ## NATURE OF THE CASE
   ### A. Identify the attorneys of record for each party
   - i) **Plaintiff**: Charles J. Thut, lead attorney
   - ii) **Defendants**: James Murphy-Aguilu represents the named defendants and is the lead attorney.

   ### B. Generally describe the nature of the claims asserted
   - i) Plaintiff claims that his leg was fractured after an incident with a cellmate and various Cook County Sheriff and Cermak Health Services defendants were deliberately indifferent to his serious medical needs.

   ### C. Describe the relief sought by the plaintiff
   - i) Compensatory Damages, Punitive Damages, Costs and Fees.

   ### D. General Status of the case
   - i) Initial disclosures were tendered by Defendant's containing plaintiff's medical records and jail records. Defendants anticipate taking plaintiffs deposition within the next month.

2. ## PENDING MOTIONS
   ### A. A brief description of pending motions
   - i) No pending motions are before this court.

   ### B. The status of discovery and any discovery schedules
   - i) At this point there are no previously set deadlines

3. ## REMAINING DISCOVERY
   ### A. Fact Discovery
   - i) Defendants anticipate taking plaintiff's deposition and issuing written discovery requests regarding plaintiff's prior medical treatment. Additional written may be necessary after depositions are taken. We suggest a fact cutoff date of April 19th,

1

      2013 to accommodate depositions of the plaintiff and all five defendants' as well as all written discovery.

### B. Expert Discovery
  i)   Due to the nature of plaintiffs claim, expert discovery is likely necessary. We suggest experts be disclosed within 45 days of fact discovery close and depositions be complete within 30 days of disclosure.

## 4. TRIAL
### A. Jury
  i)   Both sides have demanded a jury trial.

### B. Anticipated Length of Trial
  i)   We anticipate this trial last approximately three to four days.

## 5. REFERRALS AND SETTLEMENT
### A. Whether the parties consent unanimously to proceed before a Magistrate Judge
  i)   Defendants respectfully do not wish to consent to proceed before the magistrate at this point.

### B. Indicate whether any settlement discussions have occurred
  i)   None.

### C. Whether the parties request a settlement conference
  i)   Defendants at this time are not requesting a settlement conference.