UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOGUSLAW MATLAK, | ) | |
| | ) | |
| Plaintiff, | ) | 12 C 1708 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Sharon Johnson Coleman |
| SUPT CURRIE et al., | ) | |
| | ) | Magistrate Judge |
| Defendants. | ) | Sidney I. Schenkier |

STIPULATION OF DISMISSAL

NOW COME Plaintiff Boguslaw Matlak, by his attorney, and Defendants, by their attorney, and hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that the above-captioned lawsuit be dismissed with prejudice and with each party to bear his/its own costs and attorney's fees.

Respectfully submitted,

s/Martin Syvertsen
Martin Syvertsen
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602

Attorney for Defendants

s/ C. Jeffrey Thut
C. Jeffrey Thut
Roach, Johnston and Thut
516 North Milwaukee
Libertyville, IL 60048

Attorneys for Plaintiff Boguslaw Matlak

---

[1] Electronically signed with permission